DAVID B. BURNETT, ESQ. (SBN
LAW OFFICES OF DAVID B. BURNETT
P.O. Box 412
Morgan Hill, CA  95038
Tel: (408) 779-8031

Attorney for Plaintiff
TANNAZ NEGIN


GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNAZ NEGIN,<br><br>               Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and Does 1 to 10,<br><br>               Defendants. | Case No.:  5:13-cv-05873-PSG<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**<br><br><br>Complaint Filed:  September 10, 2013<br>[Santa Clara County Superior Court Case #113 CV253389] |

**IT IS HEREBY STIPULATED** by and between Plaintiff TANNAZ NEGIN, by and through her attorney of record, David B. Burnett, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record Gail C. Trabish, Esq., that plaintiff will dismiss, with prejudice, Defendant TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

-1-

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER - USDC Case No. 5:13-cv-05873-PSG

**IT IS SO STIPULATED.**

DATED: October 6, 2014                     LAW OFFICES OF DAVID B. BURNETT


By:  /s/ David B. Burnett
David B. Burnett, Esq.
Attorney for Plaintiff
TANNAZ NEGIN


DATED: October 6, 2014

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation


By:  /s/ Gail C. Trabish
Gail C. Trabish, Esq.
Attorneys for Defendant
TARGET CORPORATION


ORDER

Pursuant to stipulation, **IT IS SO ORDERED.**

DATED: October 7, 2014

_(signature)_
PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

27354\672365

-2-

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER - USDC Case No. 5:13-cv-05873-PSG

**IT IS SO STIPULATED.**

DATED: 10/6/14

LAW OFFICES OF DAVID B. BURNETT

By: _____
David B. Burnett, Esq.
Attorney for Plaintiff
TANNAZ NEGIN

DATED: 10/6/14

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
Gail C. Trabish, Esq.
Attorneys for Defendant
TARGET CORPORATION

ORDER

Pursuant to stipulation, **IT IS SO ORDERED.**

DATED: October 7, 2014

_____
PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

27354\672365

-2-

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER - USDC Case No. 5:13-cv-05873-PSG